UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FRAGIE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO FOODS LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:23-cv-00549-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND CAPTION TO NAME PROPER DEFENDANT** |

Good cause appearing, and based on the Parties' Stipulation, the Court hereby **ORDERS** as follows:

The case caption for this action shall be amended to read ***Joe Fragie, an individual v. WinCo Holdings, Inc., an Idaho Corporation, and DOES 1 through 50, inclusive***.

**IT IS SO ORDERED.**

Dated: July 17, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING JOINT STIPULATION TO AMEND CAPTION TO NAME PROPER DEFENDANT

96608155v.1