# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FRAGIE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO HOLDINGS, INC., an Idaho Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:23-cv-00549-WBS-AC<br><br>**ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE** |

### **ORDER**

In accordance with the Parties' Rule 41 Stipulation For Dismissal With Prejudice, and good cause appearing, the Court hereby approves the Stipulation. IT IS HEREBY ORDERED that the above-mentioned matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 5, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE